Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 232-2543
brad@slightinglaw.com

Scott Wellman, Esq.
Pro Hac Vice
California Bar No. 82897
Wellman and Warren, LLP
24411 Ridge Route Dr., Unit 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
swellman@w-wlaw.com

Attorneys for Plaintiff
MAC PROJECT LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAC PROJECT LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> HIGH LONESOME CLAIMS, a Nevada mining claim ownership group; HIGH LONESOME MINING, INC., a Nevada corporation; RICHARD W. SEARS, an individual; LESLIE A. SEARS, an individual; NIKOLAI L. DOBRESCU, an individual; KELLIE ANN DOBRESCU, an individual; STEVEN L. DOBRESCU, an individual; TEENA K. DOBRESCU, an individual; DAVE SOUTHAM, an individual; CAMIE SOUTHAM, an individual; MICHAEL S. PASEK; WHITE PINE COUNTY, a legal subdivision and Legislative Commission of the State of Nevada, <br><br> Defendants. | Case No. 3:24-cv-00217-MMD-CSD <br><br> **ORDER RE BRIEFING SCHEDULE** |

-1-
**[PROPOSED] ORDER RE BRIEFING SCHEDULE**

A. The plaintiff filed on June 7, 2024 its EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER which was served by email on defendants' counsel on the same day.

B. This Court on June 10, 2024 declined to treat the application as an emergency motion, but rather as an expedited motion so that the defendants were given the opportunity to respond.

C. To allow for an orderly response, the parties entered into a STIPULATION FOR BRIEFING SCHEUDLE on June 12, 2024.

NOW THEREFORE, in accordance with the parties' stipulation, the Court ORDERS as follows:

1. Defendants shall file with the Court and serve on plaintiff its opposition (the opposition may be served by email to plaintiff at brad@slightinglaw.com and swellman@w-wlaw.com ) on or before June 25, 2024.

2. Plaintiff shall file any reply with the Court and serve defendants (the reply may be served by email to defendant's counsel at rwsears@me.com ) on or before July 1, 2024.

3. If the Court desires a hearing on the matter, it is advised that defendants' counsel is unavailable on July 16, 17, 18, 24 but is otherwise available.

4. The Application was previously served by email on defendants' counsel which is deemed sufficient service of the Application. It is acknowledged that defendant Pasek is not part of High Lonesome Claims, as his alleged claims are separate from High Lonesome Claims, but Pasek is still represented in this matter by Richard W. Sears.

5. Nothing herein shall affect the rights of the Parties to assert any other claims or defenses, through motions to dismiss, summary judgments or otherwise which motions shall be presented in accordance with the Federal Rules of Civil Procedure.

6. Both Parties agree that defendant, the White Pine County, is not part of the Application or this order.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 13, 2024