**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
tsteinberg@maclaw.com
  *Attorneys for White Pine County*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MAC PROJECT LLC, a Nevada limited liability<br><br>Plaintiff,<br><br>vs.<br><br>HIGH LONESOME CLAIMS, a Nevada mining claim ownership group; HIGH LONESOME MINING, INC., a Nevada corporation; RICHARD W. SEARS, an individual; LESLIE A. SEARS, an individual; NIKOLAI L. DOBRESCU, an individual; KELLIE ANN DOBRESCU, an individual; STEVEN L. DOBRESCU, an individual; TEENA K. DOBRESCU, an individual; DAVE SOUTHAM, an individual; MICHAEL S. PASEK; WHITE PINE COUNTY, a legal subdivision, and Legislative Commission of the State of Nevada,<br><br>Defendant. | Case No.:   3:24-cv-00217-MMD-CSD |

**ORDER GRANTING STIPULATION AND ORDER TO WITHDRAW DEFENDANT WHITE PINE COUNTY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF NO. 43)**

IT IS HEREBY STIPULATED by and between Plaintiff MAC PROJECT LLC ("Plaintiff"), by and through their attorneys of record, Bradley S. Slighting, Esq. of Slighting Law, and Scott W. Wellman, Esq. of Wellman & Warren LLP, and Defendant White Pine County, by and through its attorneys of record, Brian R. Hardy, Esq. and Tabetha J.

MAC:11779-212 5567555_1 8/9/2024 4:22 PM

Steinberg, Esq., of the law firm Marquis Aurbach, hereby submit this joint stipulation to Withdraw White Pine County's Motion to Dismiss Plaintiff's Complaint (ECF No. 43).

Accordingly, the parties hereby stipulate and agree as follows:

1. Plaintiff filed its initial Complaint on May 20, 2024. (ECF No. 1)

2. Plaintiff filed its First Amended Complaint on July 16, 2024. (ECF No. 34).

3. White Pine County filed a Motion to Dismiss Plaintiff's Initial Complaint on July 31, 2024, as White Pine County was unaware that the First Amended Complaint had been filed at the time. (ECF No. 43).

4. Accordingly, White Pine County hereby agrees to withdraw its Motion to Dismiss Plaintiff's Complaint that was filed on July 31, 2024. (*Id.*)

5. The Parties hereby agree that White Pine County will have fourteen (14) days to file a responsive pleading to the First Amended Complaint.

6. This Stipulation is made in good faith and not for purposes of delay.

DATED this 8th day of August, 2024
SLIGHTING LAW AND WELLMAN & WARREN LLP

By: __/s/ Scott W. Wellman__
Bradley S. Slighting, Esq.
Nevada Bar No. 10225
1707 Village Center Circle, Ste 100
Las Vegas, Nevada 89134
Scott W. Wellman, Esq.
Pro Hac Vice – California Bar No. 82897
24411 Ridge Route Drive, Unit 200
Laguna Hills, CA 92653
Attorneys for Plaintiff MAC PROJECT LLC

DATED this 9th day of August, 2024
MARQUIS AURBACH

By: __/s/ Tabetha J. Steinberg__
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant White Pine County

MAC:11779-212 5567555_1 8/9/2024 4:22 PM

**ORDER**

**IT IS HEREBY ORDERED** that the White Pine County's Motion to Dismiss Complaint is withdrawn.

**IT IS HEREBY FURTHERED ORDERED** that White Pine County will have fourteen (14) days to file a responsive pleading to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED** this 12th day of August, 2024.

_____
Miranda M. Du,
Chief U.S. District Judge

Respectfully Submitted By:

MARQUIS AURBACH

By: __/s/ *Tabetha J. Steinberg*__
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant White Pine County

MAC:11779-212 5567555_1 8/9/2024 4:22 PM