1  Bradley S. Slighting, Esq.
   Nevada Bar No. 10225
2  SLIGHTING LAW
3  1707 Village Center Cir, Ste 100
   Las Vegas, NV 89134
4  Tel: (702) 232-2543
   brad@slightinglaw.com
5
6  Scott Wellman, Esq.
   Pro Hac Vice
7  California Bar No. 82897
   Wellman and Warren, LLP
8  24411 Ridge Route Dr., Unit 200
   Laguna Hills, CA  92653
9  Tel: (949) 580-3737
   swellman@w-wlaw.com
10
11 Attorneys for Plaintiff
   MAC PROJECT LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAC PROJECT LLC, a Nevada limited liability company, | Case No. 3:24-cv-00217 |
| Plaintiff, | **JOINT ORDER** |
| vs. | Complaint Filed:   May 20, 2024 |
| HIGH LONESOME CLAIMS, a Nevada mining claim ownership group; HIGH LONESOME MINING, INC., a Nevada corporation; RICHARD W. SEARS, an individual; LESLIE A. SEARS, an individual; NIKOLAI L. DOBRESCU, an individual; KELLIE ANN DOBRESCU, an individual; STEVEN L. DOBRESCU, an individual; TEENA K. DOBRESCU, an individual; DAVE SOUTHAM, an individual; CAMIE SOUTHAM, an individual; CLAY SEARS, an individua; LISA SEARS, an individual; MICHAEL S. PASEK; JUNE SALISBURY, an individual; PHIL SALISBURY, an | |

-1-
**[PROPOSED] JOINT ORDER**

individual; WHITE PINE COUNTY, a legal subdivision and Legislative Commission of the State of Nevada,

    Defendants.

---

HLC , ET. AL.,
    Counterclaimant,

vs.

KAPACKE MINING, INC., A Former Montana Corporation, MAC MINING, INC., A Nevada Corporation, MAC PROJECT, A Nevada LLC, KAPACKE MINING, L.L.C., A Former Nevada Limited Liability Company, OSCEOLA GOLD INC., A Delaware Corporation Formerly A Nevada Corportion, PIZZ INC, A Former Nevada Corporation, PHY HEALTH, INC., Corporate Status Unknown, KARLA SANCHEZ, an individual, PAT PIZZAFERRATO, an individual, TRACY PIZZAFERRATO, an individual TOM MOORE, an individual, CARMEN DECESARE, an individual.

    Counter-Defendants.

As directed by the Court in its Minute Order dated August 14, 2024 (DKT: 51), the parties, through their respective attorneys, met and conferred on a Restraining Order pending this Court's ruling on Plaintiff's Partial Motion for Summary Judgment, and jointly propose the following Order:

Until such time as this Court rules on the ownership of the unpatented mining claims at issue, all parties are precluded from entering upon all those unpatented mining claims which are set forth in Plaintiff's First Amended Complaint and are attached hereto as Exhibit "A" which is incorporated

herein by reference, including any related boundary dispute which includes, but is not limited to, the easterly boundary of "MAV5 #A" (the "Claims at Issue"), except that:

(i) Plaintiff may preserve the existing infrastructure associated with the Claims at Issue in accordance with standard industry practices and safety procedures or as directed by a regulatory governmental agency;

(ii) Plaintiff may perform reclamation actions upon the Claims at Issue:

(x) as are required for past disturbances caused under pre-existing BLM-approved Plan of Operations,

(y) with prior written BLM approval and oversight, and

(z) over those lands where such party is a co-principal associated with a currently-existing bond, or

(iii) Plaintiff may engage in non-mechanical geological field exploration assay programs upon the Claims at Issue., when such program is conducted at the direction of a certified geologist; and

(iv) Defendant may not place any earthen or other fill material into any of the Claims at Issue, nor shall it in any way consider the Claims at Issue as existing infrastructure for any neighboring mining activity.

Unless required to respond to an emergency, any entry upon the Claims at Issue enumerated above may occur one hour before sunrise, as such time is determined in accordance with the Nevada Department of Wildlife Sunrise and Sunset Table for Ely, Nevada, and such entry shall cease one hour after sunset in the aforementioned Table.

For avoidance of doubt, at any time when a party enters upon any of the Claims at Issue, there shall be no mechanical removal or excavation of any earthen material which may or may not contain gold or any locatable mineral.

Subject to the specific provisions above, Defendant Pasek may use the dirt road currently traversing the northeast corner of the MAV5 #A mining claim in a southeasterly or northwesterly direction, as the case may be, which connects the north-bounding dirt road to the Yorkshire mining claim, but such utilization shall solely be for removing material that is not part of the Claims at Issue.

**SLIGHTING LAW**

DATED: August 20, 2024                BY: *Bradley S. Slighting*
                                           Bradley S. Slighting, Esq.

**WELLMAN & WARREN, LLP**

DATED: August 20, 2024                BY: *Scott Wellman*
                                           Scott Wellman, Esq.

IT IS SO ORDERED

DATED this 20th day of August 2024.

_____
Miranda M. Du, Chief U.S. District Judge

# EXHIBIT "A"

## CLAIMS AT ISSUE

| CLAIM NAME | BLM SERIAL NO. | LEGAL DESCRIPTION | RECORDER DOCUMENT NO. |
|---|---|---|---|
| Stormy B | NV106349577 | W½ SE¼ SE¼ § 23 | 2024-401450 |
| Stormy C | NV106349578 | E½ SW¼ SE¼ § 23 | 2024-401452 |
| Stormy D | NV106349579 | W½ SW¼ SE¼ § 23 | 2024-401454 |
| Stormy E | NV106349580 | W½ NE¼ SE¼ § 23 | 2024-401456 |
| Stormy F | NV106349581 | S½ NE¼ SE¼ § 23 | 2024-401458 |
| HLC 1 | NV106354819 | SW¼ § 22 | 2024-401558 |
| HLC 2 | NV106354820 | SE¼ § 22 | 2024-401560 |
| HLC 3 | NV106354821 | SW¼ § 23 | 2024-401561 |
| HLC 7 | NV106354819 | SE¼ § 21 | 2024-401557 |
| Solomon 1 | NMC125421 | SW¼ § 22 | 137130 |
| Solomon 2 | NMC125422 | SE¼ § 22 | 137131 |
| Solomon 3 | NMC125423 | SW¼ § 23 | 137132 |
| Solomon 7 | NMC125427 | SE¼SE¼ § 21 | 140730 |
| MAV # 5A | NMC251803 | W½ NW¼ SE¼ § 23 | 221498 |
| MAV # 5C | NMC251805 | W½ NE¼ SE¼ § 23 | 221500 |
| MAV # 5D | NMC251806 | E½ NE¼ SE¼ § 23 | 221501 |
| MAV # 5E | NMC251807 | W½ SW¼ SE¼ § 23 | 221502 |
| MAV # 5F | NMC251808 | E½ SW¼ SE¼ § 23 | 221503 |
| MAV # 5G | NMC251809 | W½ SE¼ SE¼ § 23 | 221504 |

# **CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following party:

Richard W. Sears,
775 296-3075
rwsears@Me.com

Michael S. Pasek
Shain Manuele,
1136 Main Street, Panaca, Nv 89042
435 592-9661
office@Manuelelaw.com

*Attorneys for Defendants*

**Marquis Aurbach**
Brian R. Hardy, Esq.
Tabetha Steinberg, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
T: (702) 382-0711
F: (702) 382-5816
bhardy@maclaw.com
tsteinberg@maclaw.com

*Attorneys for White Pine County*

By: /s/Scott Wellman
Scott Wellman, CA SBN: 82897