Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 232-2543
brad@slightinglaw.com

Scott Wellman, Esq.
Pro Hac Vice
California Bar No. 82897
WELLMAN AND WARREN, LLP
24411 Ridge Route Dr., Unit 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
swellman@w-wlaw.com

Attorneys for Plaintiff
MAC PROJECT LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAC PROJECT LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> HIGH LONESOME CLAIMS, a Nevada mining claim ownership group; HIGH LONESOME MINING, INC., a Nevada corporation; RICHARD W. SEARS, an individual; LESLIE A. SEARS, an individual; NIKOLAI L. DOBRESCU, an individual; KELLIE ANN DOBRESCU, an individual; STEVEN L. DOBRESCU, an individual; TEENA K. DOBRESCU, an individual; DAVE SOUTHAM, an individual; CAMIE SOUTHAM, an individual; CLAY SEARS, an individua; LISA SEARS, an individual; MICHAEL S. PASEK; JUNE SALISBURY, an individual; PHIL SALISBURY, an | Case No. 3:24-cv-00217 <br><br> **STIPULATION AND ORDER RE EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES** |

-1-
**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO SERVE DISCLOSURES**

individual; WHITE PINE COUNTY, a legal subdivision and Legislative Commission of the State of Nevada,

      Defendants.

_____

HLC , ET. AL.,
      Counterclaimant,

vs.

KAPACKE MINING, INC., A Former Montana Corporation, MAC MINING, INC., A Nevada Corporation, MAC PROJECT, A Nevada LLC, KAPACKE MINING, L.L.C., A Former Nevada Limited Liability Company, OSCEOLA GOLD INC., A Delaware Corporation Formerly A Nevada Corporation, PIZZ INC, A Former Nevada Corporation, PHY HEALTH, INC., Corporate Status Unknown, KARLA SANCHEZ, an individual, PAT PIZZAFERRATO, an individual, TRACY PIZZAFERRATO, an individual TOM MOORE, an individual, CARMEN DECESARE, an individual.

      Counter-Defendants.

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MAC PROJECT LLC, ("Plaintiff"), Counterclaimant HLC ("Counterclaimant"), Defendants HIGH LONESOME CLAIMS, HIGH LONESOME MINING, INC., RICHARD W. SEARS, LESLIE A. SEARS, NIKOLAI L. DOBRESCU, KELLIE ANN DOBRESCU, STEVEN L. DOBRESCU, TEENA K. DOBRESCU, DAVE SOUTHAM, CAMIE SOUTHAM, CLAY SEARS, LISA SEARS, MICHAEL S. PASEK; JUNE SALISBURY, PHIL SALISBURY, ("Defendants") and Counter-Defendants KAPACKE MINING, INC., MAC MINING, INC., MAC PROJECT, KAPACKE MINING, L.L.C.,

OSCEOLA GOLD INC., PIZZ INC, PHY HEALTH, INC., KARLA SANCHEZ, PAT PIZZAFERRATO, TRACY PIZZAFERRATO, TOM MOORE, CARMEN DECESARE ("Counter-Defendants") (collectively, as the "Parties"), by and through their respective undersigned counsel.

On February 24, 2025, the Parties filed their Stipulated Discovery Plan and Scheduling Order. On February 26, 2025, the Judge approved the Scheduling Order. The Parties through their counsel, have conferred and agree that additional time is needed to provide their initial disclosures.

The Parties, through their respective counsel of record, hereby stipulate that the time for parties to serve their Initial Disclosures shall be extended from March 5, 2025 to March 19, 2025.

This is the first extension of time requested.

**SLIGHTING LAW**

DATED: March 5, 2025            BY:  /s/ Bradley S. Slighting
                                      Bradley S. Slighting, Esq.

**WELLMAN & WARREN, LLP**

DATED: March 5, 2025            BY: /s/ Scott Wellman
                                     Scott Wellman, Esq.

**SEARS LAW FIRM**

DATED: March 5, 2025            BY: /s/ Richard Sears
                                     Richard Sears, Esq.

**MANUELE LAW**

DATED: March 5, 2025            BY: /s/ Shain Manuele
                                     Shain Manuele, Esq.


**ORDER**

IT IS SO ORDERED.

DATED this <u>5th</u> day of March 2025.

_____
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER