1  DEMETRAS LAW
2  J. Craig Demetras
   Nevada Bar. No. 4246
3  230 E. Liberty Street
   Reno, NV 89501
4  (Telephone): 775-348-4600
5  jcd@demetraslaw.com
   mail@demetraslaw.com
6
7  Attorney for Plaintiffs
   Phil Salisbury
8
9              IN THE UNITED STATES DISTRICT COURT
10                  FOR THE DISTRICT OF NEVADA
11

12  | MAC PROJECT LLC, a Nevada limited | Case No.:  3:24-cv-00217-MMD-CSD |
13    liability company,

14                Plaintiffs,
15         vs.

16  HIGH    LONESOME    CLAIMS,    a
    Nevada mining claim ownership group;
17  HIGH LONESOME MINING, INC., a
    Nevada  corporation;  RICHARD  W.
18  SEARS,  an  individual;  LESLIE  A.
    SEARS,  an  individual;  NIKOLAI  L.
19  DOBRESCU,  an  individual;  KELLIE
    ANN   DOBRESCU,   an   individual;
20  STEVEN    L.    DOBRESCU,    an
    individual;  TEENA  K.  DOBRESCU,  an
21  individual;  DAVE  SOUTHAM,  an
    individual;  CAMIE  SOUTHAM,  an
22  individual;   CLAY   SEARS,   an
    individua;  LISA  SEARS,  an  individual;
23  MICHAEL    S.    PASEK;    JUNE
    SALISBURY,  an  individual;  PHIL
24  SALISBURY,  an  individual;  WHITE
    PINE COUNTY, a legal subdivision and
25  Legislative  Commission  of  the  State  of
    Nevada,
26
27
28

-1-

Defendants.

_____/

HLC , ET. AL.,

          Counterclaimant,

     vs.

KAPACKE MINING, INC., A Former Montana Corporation, MAC MINING, INC., A Nevada Corporation, MAC PROJECT, A Nevada LLC, KAPACKE MINING, L.L.C., A Former Nevada Limited Liability Company, OSCEOLA GOLD INC., A Delaware Corporation Formerly A Nevada Corportion,PIZZ INC, A Former Nevada Corporation, PHY HEALTH, INC., Corporate Status Unknown, KARLA SANCHEZ, an individual, PAT PIZZAFERRATO, an individual, TRACY PIZZAFERRATO, an individual TOM MOORE, an individual, CARMEN DECESARE, an individual.

          Counter-Defendants.

## SUBSTITUTION OF ATTORNEY

     PHIL SALISBURY, Plaintiff, hereby substitutes J. Craig Demetras of Demetras Law, PC. 230 E. Liberty Street, Reno, Nevada 89501, Telephone: 775-348-4600, as attorney of record in place and stead of Richard Sears of Sears Law Firm and Shain Gregory Manuele of Manuele Law, LLC.

     DATED: 10/9/25

                                   Phil Salisbury

-2-

I consent to the above substitution.

DATED: 10/15/2025 _____          _____
                                        Richard Sears
                                        Sears Law Firm

I consent to the above substitution.

DATED: _____             _____
                                        Shain Gregory Manuele
                                        Manuele Law, LLC

I am duly admitted to practice in this District

Above substitution accepted.

DATED: 10/14/2025 _____          _____
                                        J. Craig Demetras
                                        Demetras Law, PC

Please check one: __x__ RETAINED, or _____ APPOINTED BY THE COURT

-3-

I consent to the above substitution.

DATED: _____

_____
Richard Sears
Sears Law Firm

I consent to the above substitution.

DATED: **October 10th, 2025**

_____
Shain Gregory Manuele
Manuele Law, LLC

I am duly admitted to practice in this District

Above substitution accepted.

DATED: _____

_____
J. Craig Demetras
Demetras Law, PC

Please check one: __x__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: October 15, 2025

_____
Craig S. Denney
United States Magistrate Judge