DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Plaintiffs
June Salisbury

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MAC PROJECT LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGH LONESOME CLAIMS, a Nevada mining claim ownership group; HIGH LONESOME MINING, INC., a Nevada corporation; RICHARD W. SEARS, an individual; LESLIE A. SEARS, an individual; NIKOLAI L. DOBRESCU, an individual; KELLIE ANN DOBRESCU, an individual; STEVEN L. DOBRESCU, an individual; TEENA K. DOBRESCU, an individual; DAVE SOUTHAM, an individual; CAMIE SOUTHAM, an individual; CLAY SEARS, an individua; LISA SEARS, an individual; MICHAEL S. PASEK; JUNE SALISBURY, an individual; PHIL SALISBURY, an individual; WHITE PINE COUNTY, a legal subdivision and Legislative Commission of the State of Nevada, | Case No.: 3:24-cv-00217-MMD-CSD |

Defendants.
_____/

HLC, ET. AL.,

      Counterclaimant,

vs.

KAPACKE MINING, INC., A Former Montana Corporation, MAC MINING, INC., A Nevada Corporation, MAC PROJECT, A Nevada LLC, KAPACKE MINING, L.L.C., A Former Nevada Limited Liability Company, OSCEOLA GOLD INC., A Delaware Corporation Formerly A Nevada Corportion, PIZZ INC, A Former Nevada Corporation, PHY HEALTH, INC., Corporate Status Unknown, KARLA SANCHEZ, an individual, PAT PIZZAFERRATO, an individual, TRACY PIZZAFERRATO, an individual TOM MOORE, an individual, CARMEN DECESARE, an individual.

      Counter-Defendants.

## SUBSTITUTION OF ATTORNEY

JUNE SALISBURY, Plaintiff, hereby substitutes J. Craig Demetras of Demetras Law, PC. 230 E. Liberty Street, Reno, Nevada 89501, Telephone: 775-348-4600, as attorney of record in place and stead of Richard Sears of Sears Law Firm and Shain Gregory Manuele of Manuele Law, LLC.

DATED: 10-7-25

*June Salisbury*
June Salisbury

-2-

I consent to the above substitution.

DATED: 10/10/2025

Richard Sears
Sears Law Firm

I consent to the above substitution.

DATED: _____

Shain Gregory Manuele
Manuele Law, LLC

I am duly admitted to practice in this District

Above substitution accepted.

DATED: 10/14/2025

J. Craig Demetras
Demetras Law, PC

Please check one:  __x__ RETAINED, or  _____ APPOINTED BY THE COURT

I consent to the above substitution.

DATED: _____

Richard Sears
Sears Law Firm

I consent to the above substitution.

DATED: **October 10th, 2025**

Shain Gregory Manuele
Manuele Law, LLC

I am duly admitted to practice in this District

Above substitution accepted.

DATED: _____

J. Craig Demetras
Demetras Law, PC

Please check one: __x__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: October 15, 2025

Craig S. Denney
United States Magistrate Judge

-3-