Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 232-2543
brad@slightinglaw.com

Scott Wellman, Esq.
Pro Hac Vice
California Bar No. 82897
Wellman and Warren, LLP
24411 Ridge Route Dr., Unit 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
swellman@w-wlaw.com

Attorneys for Plaintiff
MAC PROJECT LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAC PROJECT LLC, a Nevada limited liability company; and MAC MINING GROUP INC., a Nevada corporation.<br><br>Plaintiffs,<br><br>vs.<br><br>HIGH LONESOME CLAIMS, a Nevada mining claim ownership group; HIGH LONESOME MINING, INC., a Nevada corporation; RICHARD W. SEARS, an individual; LESLIE A. SEARS, an individual; NIKOLAI L. DOBRESCU, an individual; KELLIE ANN DOBRESCU, an individual; STEVEN L. DOBRESCU, an individual; TEENA K. DOBRESCU, an individual; DAVE SOUTHAM, an individual; CAMIE SOUTHAM, an individual; CLAY SEARS, an individua; LISA SEARS, an individual; MICHAEL S. PASEK; JUNE SALISBURY, an individual; PHIL SALISBURY, an individual; GUY SALISBURY, an individual; DIG M EXCAVATION SERVICES, INC., a | Case No. 3:24-cv-00217<br><br>**ORDER GRANTING JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. IA 6-1)** |

-1-
**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. IA 6-1)**

| | |
|---|---|
| 1 | Nevada corporation; HEAVY EQUIPMENT LEASING, INC., a Nevada corporation; BLACK SHADOW TRUST, a Nevada Trust |

Defendants.

_____

HLC , ET. AL.,
    Counterclaimant,

vs.

KAPACKE MINING, INC., A Former Montana Corporation, MAC MINING, INC., A Nevada Corporation, MAC PROJECT, A Nevada LLC, KAPACKE MINING, L.L.C., A Former Nevada Limited Liability Company, OSCEOLA GOLD INC., A Delaware Corporation Formerly A Nevada Corporation, PIZZ INC, A Former Nevada Corporation, PHY HEALTH, INC., Corporate Status Unknown, KARLA SANCHEZ, an individual, PAT PIZZAFERRATO, an individual, TRACY PIZZAFERRATO, an individual TOM MOORE, an individual, CARMEN DECESARE, an individual.

    Counter-Defendants.

On October 20, 2025 Plaintiffs, MAC PROJECT LLC and MAC MINING GROUP INC. ("Plaintiffs") filed their Second Amended Complaint ("SAC") DKT No. 104 in the District of Nevada. Defendants HIGH LONESOME CLAIMS, HIGH LONESOME MINING, INC., RICHARD W. SEARS, LESLIE A. SEARS, NIKOLAI L. DOBRESCU, KELLIE ANN DOBRESCU, STEVEN L. DOBRESCU, TEENA K. DOBRESCU, DAVE SOUTHAM, CAMIE SOUTHAM, CLAY SEARS, LISA SEARS, MICHAEL S. PASEK; JUNE SALISBURY, PHIL SALISBURY, GUY SALISBURY, DIG M EXCAVATION SERVICES, INC., HEAVY EQUIPMENT LEASING, INC., BLACK SHADOW TRUST, (collectivity "Defendants") were

served with a copy of the Second Amended Complaint.

Pursuant to Local Rule IA 6-1, Plaintiff and Defendants, through their respective counsel of record hereby stipulate that the time for Defendants to file and serve a response to Plaintiff's Second Amended Complaint shall be extended from December 4, 2025 to December 18, 2025 due to the exhibits inadvertently not being uploaded and served on Defendants.

This is the first extension of time and pertains to Defendant's response to the Second Amended complaint in this action.

**SLIGHTING LAW**

DATED: December 10, 2025     BY: *Bradley S. Slighting*
                             Bradley S. Slighting, Esq.
                             Attorney for Plaintiffs

**WELLMAN & WARREN, LLP**

DATED: December 10, 2025     BY: *Scott Wellman*
                             Scott Wellman, Esq. (Pro Hac)
                             Attorney for Plaintiffs

**DEMETRAS LAW, PC**

DATED: December 10, 2025     BY: *J. Craig Demetras*
                             J. Craig Demetras
                             Attorney for Defendants,
                             Michael S. Pasek, June Salisbury and
                             Phil Salisbury

**MANUELE LAW**

DATED: December 10, 2025     BY: *Shain Manuele*
                             Shain Manuele
                             Attorney for Defendants, High Lonesome
                             Claims, High Lonesome Mining, Inc., and
                             Richard W. Sears
                             Attorney for Defendants/Counterclaims, Leslie
                             A. Sears, Nikolai L. Dobrescu; Kellie Ann

-3-
**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. IA 6-1)**

|   |   |
|---|---|
|   | Dobrescu, Steven L. Dobrescu, Teena K. Dobrescu, Dave Southam, Camie Southam, Clay Sears, Lisa Sears, |
|   | **SEARS LAW FIRM** |
| DATED: December 10, 2025 | BY: ___*Richard Sears*___<br>Richard Sears<br>Attorney for Counterclaimants, High Lonesome Claims, High Lonesome Mining Inc., and Richard Sears |

IT IS SO ORDERED:

DATED: December 11, 2025

_____CSD_____
Craig S. Denney
United States Magistrate Judge