1  DEMETRAS LAW
2  J. Craig Demetras
   Nevada Bar. No. 4246
3  230 E. Liberty Street
   Reno, NV 89501
4  (Telephone): 775-348-4600
5  jcd@demetraslaw.com
   mail@demetraslaw.com
6
7  Attorney for Defendants Michael S. Pasek,
   June Salisbury, Phil Salisbury, Dig M
8  Excavation Services, Inc., Heavy Equipment
   Leasing, Inc., and Black Shadow Trust
9
10                IN THE UNITED STATES DISTRICT COURT
11                     FOR THE DISTRICT OF NEVADA
12
                                                Case No.: 3:24-cv-00217-MMD-CSD
13  MAC PROJECT LLC, a Nevada limited
    liability company,                          **ORDER GRANTING JOINT**
14                                              **STIPULATION AND**
                                                **[PROPOSED] ORDER TO EXTEND**
15           Plaintiffs,                        **TIME TO RESPOND TO SECOND**
        vs.                                     **AMENDED COMPLAINT BY NOT**
16                                              **MORE THAN 30 DAYS (L.R. IA 6-1)**
17  HIGH LONESOME CLAIMS, a
    Nevada mining claim ownership group;
18  HIGH LONESOME MINING, INC., a
    Nevada corporation; RICHARD W.
19  SEARS, an individual; LESLIE A.
    SEARS, an individual; NIKOLAI L.
20  DOBRESCU, an individual; KELLIE
    ANN DOBRESCU, an individual;
21  STEVEN L. DOBRESCU, an
    individual; TEENA K. DOBRESCU, an
22  individual; DAVE SOUTHAM, an
    individual; CAMIE SOUTHAM, an
23  individual; CLAY SEARS, an
    individua; LISA SEARS, an individual;
24  MICHAEL S. PASEK; JUNE
    SALISBURY, an individual; PHIL
25  SALISBURY, an individual; GUY
    SALISBURY, an individual; DIG M
26  EXCAVATION SERVICES, INC., a
27  Nevada corporation; HEAVY
28

-1-

| | |
|---|---|
| 1 | EQUIPMENT LEASING, INC., a Nevada corporation; BLACK SHADOW TRUST a Nevada Trust, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| | _____/ |
| 5 | |
| | HLC , ET. AL., |
| 6 | |
| 7 | Counterclaimant, |
| 8 | vs. |
| 9 | KAPACKE MINING, INC., A Former Montana Corporation, MAC MINING, INC., A Nevada Corporation, MAC PROJECT, A Nevada LLC, KAPACKE MINING, L.L.C., A Former Nevada Limited Liability Company, OSCEOLA GOLD INC., A Delaware Corporation Formerly A Nevada Corporation, PIZZ INC, A Former Nevada Corporation, PHY HEALTH, INC., Corporate Status Unknown, KARLA SANCHEZ, an individual, PAT PIZZAFERRATO, an individual, TRACY PIZZAFERRATO, an individual TOM MOORE, an individual, CARMEN DECESARE, an individual. |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Counter-Defendants. |

On October 20, 2025 Plaintiffs, MAC PROJECT LLC and MAC MINING GROUP INC. ("Plaintiffs") filed their Second Amended Complaint ("SAC") DKT No. 104 in the District of Nevada. Defendants HIGH LONESOME CLAIMS, HIGH LONESOME MINING, INC., RICHARD W. SEARS, LESLIE A. SEARS, NIKOLAI L. DOBRESCU, KELLIE ANN DOBRESCU, STEVEN L. DOBRESCU, TEENA K. DOBRESCU, DAVE SOUTHAM, CAMIE SOUTHAM, CLAY SEARS, LISA SEARS, MICHAEL S. PASEK; JUNE SALISBURY, PHIL SALISBURY, GUY SALISBURY, DIG M EXCAVATION SERVICES, INC., HEAVY

EQUIPMENT LEASING, INC., BLACK SHADOW TRUST, (collectivity "Defendants") were served with a copy of the Second Amended Complaint. On December 2, 2025 Plaintiff filed a Notice of Errata to Second Amended Complaint DKT. No 116.

On December 11, 2025 the court approved the Joint Stipulation and Order extending the time for the defendants to respond to the Second Amended Complaint.

Pursuant to Local Rule IA 6-1, Plaintiff and Defendants through their respective counsel of record, hereby stipulate that the time for defendants to file and serve a response to plaintive second amended Complaint shall be extended from December 18, 2025 to December 23, 2025, to allow defendants to prepare an appropriate response.

This is the second extension of time and pertains to Defendant's response to the Second Amended complaint in this action.

This Stipulation does not altered or affect any other deadlines set by the court.

This Stipulation may be signed in counterparts, and facsimile or scanned copy of this stipulation shall have the same force and effect as the original.

The parties respectfully request that the Court approve this Stipulation and enter an order extending the time for Defendants to respond to the Second Amended Complaint as set forth herein.

**SLIGHTING LAW**

DATED: December 17, 2025    BY: *Bradley S. Slighting*
Bradley S. Slighting, Esq.
Attorney for Plaintiffs

**WELLMAN & WARREN, LLP**

DATED: December 17, 2025    BY: *Scott Wellman*
Scott Wellman, Esq. (Pro Hac)
Attorney for Plaintiffs

|   |   |
|---|---|
|   | **DEMETRAS LAW, PC** |
| DATED: December 17, 2025 | BY: *J. Craig Demetras* |
|   | J. Craig Demetras |
|   | Attorney for Defendants, |
|   | Michael S. Pasek, June Salisbury and Phil Salisbury |
|   |   |
|   | **MANUELE LAW** |
| DATED: December 17, 2025 | BY: *Shain Manuele* |
|   | Shain Manuele |
|   | Attorney for Defendants, High Lonesome Claims, High Lonesome Mining, Inc., and |
|   | Richard W. Sears |
|   | Attorney for defendants/Counterclaims, Leslie A. Sears, Nikolai L. Dobrescu; Kellie Ann Dobrescu, Steven L. Dobrescu, Teena K. Dobrescu, Dave Southam, Camie Southam, Clay Sears, Lisa Sears. |
|   |   |
|   | **SEARS LAW FIRM** |
| DATED: December 17, 2025 | BY: *Richard Sears* |
|   | Richard Sears |
|   | Attorney for Counterclaimants, High Lonesome Claims, High Lonesome Mining Inc., and Richard Sears |

IT IS SO ORDERED:

DATED: December 19, 2025

_____
Craig S. Denney
United States Magistrate Judge

-4-