DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Defendants Michael S. Pasek,
June Salisbury, Phil Salisbury, Dig M
Excavation Services, Inc., Heavy Equipment
Leasing, Inc., and Black Shadow Trust

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MAC PROJECT LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br>**vs.**<br><br>HIGH LONESOME CLAIMS, a Nevada mining claim ownership group; HIGH LONESOME MINING, INC., a Nevada corporation; RICHARD W. SEARS, an individual; LESLIE A. SEARS, an individual; NIKOLAI L. DOBRESCU, an individual; KELLIE ANN DOBRESCU, an individual; STEVEN L. DOBRESCU, an individual; TEENA K. DOBRESCU, an individual; DAVE SOUTHAM, an individual; CAMIE SOUTHAM, an individual; CLAY SEARS, an individua; LISA SEARS, an individual; MICHAEL S. PASEK; JUNE SALISBURY, an individual; PHIL SALISBURY, an individual; GUY SALISBURY, an individual; DIG M EXCAVATION SERVICES, INC., a Nevada corporation; HEAVY | Case No.:  3:24-cv-00217-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS COUNTER-COMPLAINT OF JUNE SALISBURY AND PHIL SALISBURY** |

-1-

EQUIPMENT LEASING, INC., a Nevada corporation; BLACK SHADOW TRUST a Nevada Trust,

Defendants.

_____/

HLC , ET. AL.,

Counterclaimant,

vs.

KAPACKE MINING, INC., A Former Montana Corporation, MAC MINING, INC., A Nevada Corporation, MAC PROJECT, A Nevada LLC, KAPACKE MINING, L.L.C., A Former Nevada Limited Liability Company, OSCEOLA GOLD INC., A Delaware Corporation Formerly A Nevada Corporation, PIZZ INC, A Former Nevada Corporation, PHY HEALTH, INC., Corporate Status Unknown, KARLA SANCHEZ, an individual, PAT PIZZAFERRATO, an individual, TRACY PIZZAFERRATO, an individual TOM MOORE, an individual, CARMEN DECESARE, an individual.

Counter-Defendants.

MICHAEL S. PASEK, an individual; JUNE SALISBURY, an individual; PHIL SALISBURY, an individual; DIG M EXCAVATION SERVICES, INC., a Nevada corporation; HEAVY EQUIPMENT LEASING, INC., a Nevada corporation; BLACK SHADOW TRUST a Nevada Trust

Defendants/Counter-Plaintiffs

vs.

-2-

MAC PROJECT LLC, a Nevada limited liability company; MAC MINING GROUP, INC., a Nevada domestic corporation; OSCEOLA GOLD, INC. a revoked Nevada corporation; PIZZ, INC., a revoked Nevada domestic corporation; D & S RESOURCES, a permanently revoked Nevada domestic corporation; KAPACKE MINING, LLC, a revoked Nevada domestic liability company; INFINITY MINE, LLC; KARLA SANCHEZ, an individual; TRACY PIZZOFERRATO, an individual; PATRICK PIZZOFERRATO, an individual,

Counter Defendants.

On December 23, 2025, Defendants and Counter Plaintiffs, June Salisbury and Phil Salisbury ("Salisbury") filed their Answer and Counterclaims to MAC PROJECT LLC and MAC MINING GROUP INC ("Plaintiff") Second Amended Complaint ("SAC") in the District of Nevada. [Doc No. 124]. Plaintiffs filed a Motion to Dismiss Counter-Complaint of June Salisbury and Phil Salisbury on January 28, 2026 [Doc # 128].

Pursuant to Local Rule IA 6-1, Plaintiffs/Counter Defendants and Defendants/Counter Plaintiffs through their respective counsel of record, hereby stipulate that the time for Defendants Salisbury to file and serve a response to Plaintiff's Motion to Dismiss shall be extended from February 11, 2026, to February 20, 2026, to allow Salisbury to timely prepare an appropriate response.

Further the parties stipulate the deadline for all required Rule 26 Disclosures regarding the new counter claims shall be extended from February 13, 2026, to February 20, 2026.

This is the first extension of time and pertains to the response to Motion to Dismiss [Doc # 128].

-3-

The parties respectfully request that the Court approve this Stipulation and enter an order extending the time for Defendants to respond to the Motion to Dismiss.

**SLIGHTING LAW**

DATED: February 3, 2026

BY: /s/ Bradley S. Slighting
Bradley S. Slighting, Esq.
Attorney for Plaintiffs

**WELLMAN & WARREN, LLP**

DATED: February 3, 2026

BY: /s/ Scott Wellman
Scott Wellman, Esq. (Pro Hac)
Attorney for Plaintiffs

**DEMETRAS LAW, PC**

DATED: February 3, 2026

BY: *J. Craig Demetras*
J. Craig Demetras
Attorney for Defendants/Counter Plaintiffs
Michael S. Pasek, June Salisbury and
Phil Salisbury
Lonesome Claims, High Lonesome Mining
Inc., and Richard Sears

**ORDER**

The court finds that there is good cause to extend:

1. Defendants' response to Motion to Dismiss [Doc # 128] shall be due on February 20, 2026;

2. FRCP 26(a)(3) Disclosures regarding the Counter-complaints shall be due on February 20, 2025; and

3. No other modifications to the Discovery Plan and Scheduling Order shall be made at this time.

IT IS SO ORDERED:

DATED: February 3, 2026

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Demetras Law and that on this 3rd day of February, 2026, a true and correct copy of **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** was served electronically to the counsel of record and all parties with an email address on record, who have agreed to receive electronic service.

DATED this 3rd day of February, 2026.

/s/ Julie Ann Raum
Julie Ann Raum
Employee of Demetras Law