**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha Nakagawa, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
tnakagawa@maclaw.com
  *Attorneys for White Pine County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAC PROJECT LLC, a Nevada limited liability | Case No.:  3:24-cv-00217-MMD-CSD |
| Plaintiff, | |
| vs. | ORDER GRANTING |
| | **MOTION TO REMOVE COUNSEL FROM THE SERVICE LIST** |
| HIGH LONESOME CLAIMS, a Nevada mining claim ownership group; HIGH LONESOME MINING, INC., a Nevada corporation; RICHARD W. SEARS, an individual; LESLIE A. SEARS, an individual; NIKOLAI L. DOBRESCU, an individual; KELLIE ANN DOBRESCU, an individual; STEVEN L. DOBRESCU, an individual; TEENA K. DOBRESCU, an individual; DAVE SOUTHAM, an individual; MICHAEL S. PASEK; WHITE PINE COUNTY, a legal subdivision, and Legislative Commission of the State of Nevada, | |
| Defendant. | |

*(left margin, vertical text)* **MARQUIS AURBACH** 10001 Park Run Drive Las Vegas, Nevada 89145 (702) 382-0711 FAX: (702) 382-5816

Page 1 of 3

MAC: 11779-212 (#6466437.1)

## MOTION TO REMOVE COUNSEL FROM THE SERVICE LIST

Brian R. Hardy, Esq. and Tabatha Nakagawa, Esq. of the law firm of Marquis Aurbach and counsel for Defendant White Pine County, hereby respectfully request that Mr. Hardy and Ms. Nakagawa be removed from the CM/ECF Service List.  As the Court is aware, Defendant White Pine County was dismissed with prejudice on November 12, 2024 [ECF no. 84].

Dated this 9th day of July, 2026.

MARQUIS AURBACH

By ___*/s/ Brian R. Hardy, Esq.*___
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha Nakagawa, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
tsteinberg@maclaw.com
*Attorneys for White Pine County*

IT IS SO ORDERED.

DATED:  July 9, 2026.

_____
Craig S. Denney
United States Magistrate Judge

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 11779-212 (#6466437.1)